RECEIVED IN
The Court of Appeals
Sixth District

JAN 2 2 2013

Texarkana, Texas
Debra Autrey, Clerk



*01-12-00025-CR*

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-1292-12

## STEDMON DEWBERRY, Appellant

v.

## THE STATE OF TEXAS

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
## FROM THE SIXTH COURT OF APPEALS
## BOWIE COUNTY

PER CURIAM. KEASLER and HERVEY, JJ., dissent.

### ORDER

The petition for discretionary review violates Rule of Appellate Procedure 68.5 because the petition exceeds 15 pages. *See* now Rule 9.4(i)(2)(D).

The petition is struck. *See* Rule of Appellate Procedure 68.6.

The petitioner may redraw the petition. The redrawn petition and copies must be filed in the Court of Criminal Appeals within thirty days after the date of this order.

Filed: January 16, 2013
Do Not Publish